UNITED STATES DISTRICT COURT
DISTRICT OF ARKANSAS
WESTERN DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUN - 1 2010

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CAUSE NO. 4:07CR00247-04 SWW |
| ) | |
| Tahesha McGhee, ) | |
| ) | |
| Judgment Defendant, ) | |
| ) | |
| Comet Cleaners, ) | |
| ) | |
| Garnishee Defendant. ) | |
| ) | |

**AGREED FINAL ORDER IN GARNISHMENT**

The parties, the United States of America, plaintiff; the judgment defendant, Tahesha McGhee; and the garnishee defendant, Comet Cleaners, agree and stipulate as follows:

1. The judgment defendant's name is Tahesha McGhee, her Social Security Number is XXX-XX-8515, and her last known address is: 9 Western Court, Little Rock, AR 72209.

2. A Judgment was entered against the judgment defendant, September 17, 2008, in this action in the amount of $35,526.72. The total balance due on the Judgment is $35,186.72, as of March 8, 2010.

3. The garnishee defendant, Comet Cleaners, has, in its possession, custody or control, property of the judgment defendant in the form of wages paid to the judgment defendant, Tahesha McGhee.

4. The judgment defendant, Tahesha McGhee, waives service of an application for a writ of continuing garnishment pursuant to Section 3205 of the Federal Debt Collection

Procedures Act of 1990, 28 U.S.C. § 3205, and further waives her right to a hearing under the section 3205 and any other process to which the judgment defendant may be entitled under the Federal Debt Collection Procedures Act of 1990.

5. The garnishee defendant, Comet Cleaners, waives service of an application for a writ of continuing garnishment pursuant to Section 3205 of the Federal Debt Collection Procedures Act of 1990, 28. U.S.C. § 3205 and further waives its rights to answer and be heard in this matter and waives any other process to which the garnishee defendant may be entitled under the Federal Debt Collection Procedures Act of 1990.

6. The judgment defendant, Tahesha McGhee, agrees and stipulates that her wages are subject to garnishment under section 3205 of the Federal Debt Collection Act, 28 U.S.C. §3205 and expressly agrees and stipulates that the entry of a Final Order in Garnishment is proper.

7. The parties therefore agree and stipulate to the entry of a final order in garnishment against the non-exempt wages of the judgment defendant, Tahesha McGhee.

It is expressly agreed and stipulated to, by the parties, that the garnishee defendant, American Greetings, shall pay into the hands of the United States Attorney, ten percent (10%) of judgment defendant's disposable earnings **until supervision expires. When supervision expires, the statutory 25% should be withheld** pursuant to 15 U.S.C. § 1673(a). **The United States will notify the garnishee when 25% need to be withheld.**

To calculate disposable earnings, subtract the following from wages, commissions, and income:

    1.    Federal Income Tax
    2.    Federal Social Security Tax;
    3.    Arkansas Income Tax;

8. The parties further agree and stipulate that these sums are to be applied upon the judgment rendered in this cause in the sum of $35,186.72, upon which there is an unpaid balance of $35,186.72 as of March 8, 2010. These deductions are to continue until the unpaid balance, plus accruing interest, is fully paid and satisfied.

Checks should be made payable to:

U.S. District Court Clerk

and mailed to:

Clerk of the Court
600 W. Capitol Avenue, Suite A149
Little Rock, AR  72201

9. This order shall take effect after all prior orders in garnishment have been satisfied.

Respectfully submitted,

Jane W. Duke
United States Attorney

By: _____
Stacey E. McCord
Assistant United States Attorney

_____
Tahesha McGhee
Judgment Defendant

_____
Mike Stienke
Comet Cleaners
Garnishee

APPROVED AND SO ORDERED this __1st__ day of __June__, 2010.

_/s/ Susan Webber Wright_
Judge, United States District Court