**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA

vs. NO. 4:07CR00247-004 SWW

TAHESHA MCGHEE

### ORDER

The above entitled cause came on for hearing August 17, 2012 on government's petitions to revoke the supervised release [docs #183 & #203] previously granted this defendant in the United States District Court for the Eastern District of Arkansas.  Based upon the admissions of defendant and statements of counsel, the Court found that defendant has violated the conditions of supervised release without just cause.

IT IS THEREFORE ORDERED AND ADJUDGED that the supervised release previously granted this defendant be ***revoked granting*** government's petitions to revoke the supervised release [docs #183 & #203].

IT IS FURTHER ORDERED that defendant shall serve a term of imprisonment of ***ONE (1) DAY with credit for time served***.

There will be ***TWO (2) YEARS*** of supervised release following the term of incarceration.  The conditions of supervised release shall be modified as follows:

> The remainder of restitution in the amount of $34,406.72 is mandatory and payable during the term of supervised release. Defendant will make payments in the amount of Fifty Dollars ($50) per month.  The interest requirement is waived.

Defendant shall follow all standard conditions of supervised release and all other conditions previously imposed.  The U. S. Probation Office is directed to review defendant's finances and payments may be modified by Court Order.

IT IS SO ORDERED this 17th day of August 2012.

/s/Susan Webber Wright

United States District Judge